

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| EDNA MALDONADO, <br> INDIVIDUALLY and AS NEXT <br> FRIEND OF J.G. AND K.C., <br> MINORS <br> *Plaintiff* <br><br> v. <br><br> BARBARA TURPIN and WERNER <br> ENTERPRISES, INC. <br> *Defendants* | § § § § § § § § § § § | CIVIL NO. 6:17-CV-00204-ADA |

## ORDER TO APPROVE SETTLEMENT AND RECEIVE AND DEPOSIT MONIES INTO COURT'S REGISTRY

Before the Court is the Plaintiffs' and Defendants' Motion for Leave to Approve Settlement and Deposit Funds into the Registry of the Court (ECF #29). The Court, having reviewed the Motion, Affidavit of Edna Maldonado, Guardian Ad Litem Report of Kent Fitzpatrick is of the opinion that it is meritorious and should be **GRANTED**. It is therefore;

**ORDERED** that the settlement of minors J.G. and K.C. claims is granted.

**ORDERED** that the Clerk, United States District Court, shall receive and deposit in to the Court's registry; a check in the exact amount of $3,333.33 on behalf of J.G., minor, and a check in the exact amount of $3,333.33 on behalf of K.C., minor, which represents the settlements for a motor vehicle incident that occurred on July 8, 2015.

**IT IS FUTHER ORDERED** that the Clerk, United States District Court, as soon as the business office allows, deposit these monies into the Court Registry Investment System (CRIS) on behalf of the Minor Plaintiffs, J.G., born on March 23, 2009, and K.C., born on October 26, 2006. These monies shall remain invested until the Minor Plaintiffs, J.G. and K.C., reach the age

of majority, at which time said accounts, plus interest, less any applicable fees, will be delivered to the minor children, upon proof of identity, unless the Court orders otherwise.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** this 27th day of November 2018.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE